RODNEY M. HUDSON (SBN #189363)
rodney.hudson@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
BAYER HEALTHCARE PHARMACEUTICALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THEODORE EAZER and SUE EAZER,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER SCHERING PHARMA AG; GE HEALTHCARE, INC.; GE HEALTHCARE AS; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC.,<br><br>Defendants. | Case No. CV 09 4732 EMC<br><br>**STIPULATION OF PLAINTIFFS AND DEFENDANT BAYER HEALTHCARE PHARMACEUTICALS, INC. TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING**  ; ORDER |

Pursuant to Local Rule 6-1 of the United States District Court for the Northern District of California, and based on the agreement between counsel for Plaintiffs Theodore and Sue Eazer and Defendant Bayer Healthcare Pharmaceuticals, Inc., it is hereby stipulated as follows:

The parties agree that the period of time within which Defendant Bayer Healthcare Pharmaceuticals, Inc. may answer or otherwise respond to the Complaint is extended until after the case is transferred to *In Re: Gadolinium Based Contrast Agents Products Liability Litigation*, MDL No. 1909, Case No. 1:09-gd-50000-DAP ("MDL"), pending in the United States District Court of the Northern District of Ohio. Upon transfer, Defendant Bayer Healthcare

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND TIME FOR
DEFENDANT TO FILE A RESPONSIVE PLEADING
SF01/ 659609.1

CASE NO. CV 09 4732 EMC

1 Pharmaceutical, Inc's obligation to file a responsive pleading will be governed by Case

2 Management Order No. 5 issued in the MDL.

4 Dated: November 3, 2009     DRINKER BIDDLE & REATH LLP

By: /s/ Rodney M Hudson
    Rodney M. Hudson

Attorneys for Defendants
BAYER HEALTHCARE
PHARMACEUTICALS, INC.

10 Dated: November 3, 2009     LEVIN SIMES KAISER & GORNICK LLP

By: /s/ Laura Brandenberg
    Laura Brandenberg

Attorneys for Plaintiffs
THEODORE EAZER and SUE EAZER

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Edward M. Chen]

STIPULATION TO EXTEND TIME FOR
DEFENDANT TO FILE A RESPONSIVE PLEADING    - 2 -    CASE NO. CV 09 4732 EMC
SF01/ 659609.1

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO